**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

ALYSHA DAVIS,

     Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS INC.,

     Defendant.

Case No. 0:26-CV-60360-EA

**EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Alysha Davis's ("Plaintiff") Complaint and Demand for Jury Trial (the "Complaint"), (ECF No. 1), as follows:

**PRELIMINARY STATEMENT**

1.     In response to Paragraph 1 of the Complaint, Experian admits that Plaintiff purports to assert claims for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. ("FCRA"). Experian denies that it violated the FCRA and further denies that Plaintiff is entitled to any relief whatsoever from Experian. Any remaining factual allegations of Paragraph 1 of the Complaint are denied.

## JURISDICTION AND VENUE

2.     In response to Paragraph 2 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on under the FCRA, 15 U.S.C. § 1681p and Fla. Stat. § 34.01. Experian states that this is a legal conclusion which is not subject to denial or admission.

3.     In response to Paragraph 3 of the Complaint, Experian admits that Plaintiff alleges that Experian is subject to the provisions of the FCRA and is subject to the jurisdiction of this Court pursuant to Fla. Stat.§ 48.193. Experian states that the FCRA speaks for itself and denies each allegation of Paragraph 3 inconsistent therewith. Experian further states that the alleged jurisdiction of this Court is a legal conclusion which is not subject to denial or admission.

4.     In response to Paragraph 4 of the Complaint, Experian admits that Plaintiff has alleged that venue is proper pursuant to Fla. Stat. § 47.051. Experian states that this is a legal conclusion which is not subject to denial or admission.

## PARTIES

5.     In response to Paragraph 5 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6.     In response to Paragraph 6 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7.     In response to Paragraph 7 of the Complaint, Experian states that it is a Delaware corporation with a primary business address of 475 Anton Blvd., Costa Mesa, California 92626. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 7 of the Complaint.

8.     In response to Paragraph 8 of the Complaint, Experian admits that it is registered to conduct business in the State of Florida, and that its Registered Agent is CT Corporation System, located at 1200 South Pine Road, Plantation, FL 33324. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 8 of the Complaint.

9.     In response to Paragraph 9 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f), and issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 9 of the Complaint.

## **FACTUAL ALLEGATIONS**

10.     In response to Paragraph 10 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11. In response to Paragraph 11 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12. In response to Paragraph 12 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13. In response to Paragraph 13 of the Complaint, Experian admits that the allegations purport to set forth requirements of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 13 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 13 of the Complaint.

14. In response to Paragraph 14 of the Complaint, Experian admits that the allegations purport to set forth requirements of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 14 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 14 of the Complaint.

15. In response to Paragraph 15 of the Complaint, Experian admits that the allegations purport to set forth portions of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 15 inconsistent

therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 15 of the Complaint.

16. In response to Paragraph 16 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17. In response to Paragraph 17 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18. In response to Paragraph 18 of the Complaint, Experian admits that the allegations purport to set forth requirements of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 18 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 18 of the Complaint.

19. In response to Paragraph 19 of the Complaint, Experian admits that the allegations purport to set forth conduct that would constitute a violation of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 19 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 19 of the Complaint.

20.     In response to Paragraph 20 of the Complaint, Experian admits that the allegations purport to set forth requirements of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 20 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 20 of the Complaint.

21.     In response to Paragraph 21 of the Complaint, Experian admits that the allegations purport to set forth requirements of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 21 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 21 of the Complaint.

22.     In response to Paragraph 22 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23.     In response to Paragraph 23 of the Complaint, Experian admits that Exhibit A, attached to the Complaint, purports to be a copy of a dispute letter addressed to Experian. Experian states that Exhibit A speaks for itself and, on that basis, denies any allegations of Paragraph 24 inconsistent therewith.

24.     In response to Paragraph 25 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

25.     In response to Paragraph 25 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of

6

the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26.     In response to Paragraph 26 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.     In response to Paragraph 27 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.     In response to Paragraph 28 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.     In response to Paragraph 29 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.     In response to Paragraph 30 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.     In response to Paragraph 31 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

32.     In response to Paragraph 32 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

33.     In response to Paragraph 33 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.     In response to Paragraph 34 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

35.     In response to Paragraph 35 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

36.     In response to Paragraph 36 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

37.     In response to Paragraph 37 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

38.     In response to Paragraph 38 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

39.     In response to Paragraph 39 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

40.     In response to Paragraph 40 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

41.     In response to Paragraph 41 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

42.     In response to Paragraph 42 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

43.     In response to Paragraph 43 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

44.     In response to Paragraph 44 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

45.     In response to Paragraph 45 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

46.     In response to Paragraph 46 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

47.     In response to Paragraph 47 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

48.     In response to Paragraph 48 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.     In response to Paragraph 49 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

50.     In response to Paragraph 50 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

51.    In response to Paragraph 51 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

52.    In response to Paragraph 52 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

53.    In response to Paragraph 53 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

54.    In response to Paragraph 54 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

55.    In response to Paragraph 55 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

56.    In response to Paragraph 56 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.    In response to Paragraph 57 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.    In response to Paragraph 58 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

59.    In response to Paragraph 59 of the Complaint, Experian admits that the allegations purport to set forth requirements of the FCRA. Experian states that

the FCRA speaks for itself and denies each allegation in Paragraph 59 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 59 of the Complaint.

60.    In response to Paragraph 60 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

61.    In response to Paragraph 61 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

62.    In response to Paragraph 62 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

63.    In response to Paragraph 63 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT I
## DEFENDANT'S WILLFUL VIOLATIONS OF THE FCRA – 15 U.S.C. § 1681e(b)

64.    In response to Paragraph 64 of the Complaint, Experian incorporates its responses to all of the above Paragraphs as though fully stated herein with the same force and effect as if the same were set forth at length herein.

65.    In response to Paragraph 65 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

66.    In response to Paragraph 66 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

67.    In response to Paragraph 67 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

68.     In response to Paragraph 68 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

69.     In response to Paragraph 69 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

70.     In response to Paragraph 70 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

71.     In response to Paragraph 71 of the Complaint, Experian denies that it has caused Plaintiff any harm, and further denies that Plaintiff is entitled to any relief requested in Paragraph 71, including all subparagraphs, against Experian.

## COUNT II
## DEFENDANT'S NEGLIGENT VIOLATIONS OF THE FCRA – 15 U.S.C. § 1681e(b)

72.     In response to Paragraph 72 of the Complaint, Experian incorporates its responses to all of the above Paragraphs as though fully stated herein with the same force and effect as if the same were set forth at length herein.

73.     In response to Paragraph 73 of the Complaint, Experian admits that the allegations purport to set forth requirements of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 73 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 73 of the Complaint.

74.     In response to Paragraph 74 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

75.     In response to Paragraph 75 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

76.     In response to Paragraph 76 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

77.     In response to Paragraph 77 of the Complaint, Experian denies that it has caused Plaintiff any harm, and further denies that Plaintiff is entitled to any relief requested in Paragraph 77, including all subparagraphs, against Experian.

## COUNT III
## DEFENDANT'S WILLFULL VIOLATIONS OF THE FCRA– 15 U.S.C. § 1681i(a)(1)(A)

78.     In response to Paragraph 78 of the Complaint, Experian incorporates its responses to all of the above Paragraphs as though fully stated herein with the same force and effect as if the same were set forth at length herein.

79.     In response to Paragraph 79 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

80.     In response to Paragraph 80 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

81.     In response to Paragraph 81 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

82.     In response to Paragraph 82 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

83.     In response to Paragraph 83 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

84.     In response to Paragraph 84 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

85.     In response to Paragraph 85 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

86.     In response to Paragraph 86 of the Complaint, Experian denies that it has caused Plaintiff any harm, and further denies that Plaintiff is entitled to any relief requested in Paragraph 86, including all subparagraphs, against Experian.

## COUNT IV
## DEFENDANT'S NEGLIGENT VIOLATIONS OF THE FCRA– 15 U.S.C. § 1681i(a)(1)(A)

87.     In response to Paragraph 87 of the Complaint, Experian incorporates its responses to all of the above Paragraphs as though fully stated herein with the same force and effect as if the same were set forth at length herein.

88.     In response to Paragraph 88 of the Complaint, Experian admits that the allegations purport to set forth requirements of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 88 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 88 of the Complaint.

89.     In response to Paragraph 89 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

90.     In response to Paragraph 90 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

14

91.     In response to Paragraph 91 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

92.     In response to Paragraph 92 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

93.     In response to Paragraph 93 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

94.     In response to Paragraph 94 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

95.     In response to Paragraph 95 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

96.     In response to Paragraph 96 of the Complaint, Experian denies that it has caused Plaintiff any harm, and further denies that Plaintiff is entitled to any relief requested in Paragraph 96, including all subparagraphs, against Experian.

## COUNT V
## DEFENDANT'S WILLFUL VIOLATIONS OF THE FCRA– 15 U.S.C. § 1681i(a)(4)

97.     In response to Paragraph 97 of the Complaint, Experian incorporates its responses to all of the above Paragraphs as though fully stated herein with the same force and effect as if the same were set forth at length herein.

98.     In response to Paragraph 98 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

99.     In response to Paragraph 99 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of

15

the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

100. In response to Paragraph 100 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

101. In response to Paragraph 101 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

102. In response to Paragraph 102 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

103. In response to Paragraph 103 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

104. In response to Paragraph 104 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

105. In response to Paragraph 105 of the Complaint, Experian denies that it has caused Plaintiff any harm, and further denies that Plaintiff is entitled to any relief requested in Paragraph 105, including all subparagraphs, against Experian.

### COUNT VI
### DEFENDANT'S NEGLIGENT VIOLATIONS OF THE FCRA– 15 U.S.C. § 1681i(a)(4)

106. In response to Paragraph 106 of the Complaint, Experian incorporates its responses to all of the above Paragraphs as though fully stated herein with the same force and effect as if the same were set forth at length herein.

107.   In response to Paragraph 107 of the Complaint, Experian admits that the allegations purport to set forth requirements of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 107 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph  107 of the Complaint.

108.   In response to Paragraph 108 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

109.   In response to Paragraph 109 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

110.   In response to Paragraph 110 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

111.   In response to Paragraph 111 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

112.   In response to Paragraph 112 of the Complaint, Experian denies that it has caused Plaintiff any harm, and further denies that Plaintiff is entitled to any relief requested in Paragraph 112, including all subparagraphs, against Experian.

## COUNT VII
## EXPERIAN'S WILLFUL VIOLATIONS OF THE FCRA– 15 U.S.C. § 1681i(a)(5)

113.   In response to Paragraph 113 of the Complaint, Experian incorporates its responses to all of the above Paragraphs as though fully stated herein with the same force and effect as if the same were set forth at length herein.

114.   In response to Paragraph 114 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

115.   In response to Paragraph 115 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

116.   In response to Paragraph 116 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

117.   In response to Paragraph 117 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

118.   In response to Paragraph 118 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

119.   In response to Paragraph 119 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

120.   In response to Paragraph 120 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

121.   In response to Paragraph 121 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

122.   In response to Paragraph 122 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

123.   In response to Paragraph 123 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

124.   In response to Paragraph 124 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

125.   In response to Paragraph 125 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

126.   In response to Paragraph 126 of the Complaint, Experian denies that it has caused Plaintiff any harm, and further denies that Plaintiff is entitled to any relief requested in Paragraph 126, including all subparagraphs, against Experian.

## COUNT VIII
## DEFENDANT'S NEGLIGENT VIOLATIONS OF THE FCRA– 15 U.S.C. § 1681i(a)(5)

127.   In response to Paragraph 127 of the Complaint, Experian incorporates its responses to all of the above Paragraphs as though fully stated herein with the same force and effect as if the same were set forth at length herein.

128.   In response to Paragraph 128 of the Complaint, Experian admits that the allegations purport to set forth requirements of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 128 inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 128 of the Complaint.

129.   In response to Paragraph 129 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

130. In response to Paragraph 130 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

131. In response to Paragraph 131 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

132. In response to Paragraph 132 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

133. In response to Paragraph 133 of the Complaint, Experian denies that it has caused Plaintiff any harm, and further denies that Plaintiff is entitled to any relief requested in Paragraph 133, including all subparagraphs, against Experian.

**COUNT IX**
**DEFENDANT'S WILLFUL VIOLATIONS OF THE FCRA– 15 U.S.C. § 1681g(a)(1)**

134. In response to Paragraph 134 of the Complaint, Experian incorporates its responses to all of the above Paragraphs as though fully stated herein with the same force and effect as if the same were set forth at length herein.

135. In response to Paragraph 135 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

136. In response to Paragraph 136 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

137. In response to Paragraph 137 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of

the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

138. In response to Paragraph 138 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

139. In response to Paragraph 139 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

140. In response to Paragraph 140 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

141. In response to Paragraph 141 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

142. In response to Paragraph 142 of the Complaint, Experian denies that it has caused Plaintiff any harm, and further denies that Plaintiff is entitled to any relief requested in Paragraph 148, including all subparagraphs, against Experian.

## COUNT X
### DEFENDANT'S NEGLIGENT VIOLATIONS OF THE FCRA– 15 U.S.C. § 1681g(a)(1)

143. In response to Paragraph 143 of the Complaint, Experian incorporates its responses to all of the above Paragraphs as though fully stated herein with the same force and effect as if the same were set forth at length herein.

144. In response to Paragraph 144 of the Complaint, Experian admits that the allegations purport to set forth requirements of the FCRA. Experian states that the FCRA speaks for itself and denies each allegation in Paragraph 144 inconsistent therewith. Except as specifically admitted, Experian denies, generally and

specifically, each and every remaining allegation of Paragraph   144 of the Complaint.

145.   In response to Paragraph 145 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

146.   In response to Paragraph 146 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

147.   In response to Paragraph 147 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

148.   In response to Paragraph 148 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

149.   In response to Paragraph 149 of the Complaint, Experian denies that it has caused Plaintiff any harm, and further denies that Plaintiff is entitled to any relief requested in Paragraph 149, including all subparagraphs, against Experian.

## DEMAND FOR JURY TRIAL

Experian admits that Plaintiff has demanded trial by jury on all issues triable.

## DENIAL

Further answering each and every paragraph of the Complaint, Experian denies any and all allegations not specifically admitted above.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

### FIRST AFFIRMATIVE DEFENSE
### (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitations.

### SECOND AFFIRMATIVE DEFENSE
### (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian

### THIRD AFFIRMATIVE DEFENSE
### (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### FOURTH AFFIRMATIVE DEFENSE
### (INDEMNIFICATION)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

23

### FIFTH AFFIRMATIVE DEFENSE
### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate her damages.

### SIXTH AFFIRMATIVE DEFENSE
### (LACHES)

The Complaint and each claim for relief therein are barred by laches.

### SEVENTH AFFIRMATIVE DEFENSE
### (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff herself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

### EIGHTH AFFIRMATIVE DEFENSE
### (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

### NINTH AFFIRMATIVE DEFENSE
### (UNCLEAN HANDS)

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

### TENTH AFFIRMATIVE DEFENSE
### (INTERVENING CAUSES)

24

Experian is informed and believes and thereon alleges that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## ELEVENTH AFFIRMATIVE DEFENSE
## (PUNITIVE DAMAGES)

The Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper. Plaintiff's claims for exemplary or punitive damages violate the Due Process Clause of the Fifth Amendment and the Excessive Fines Clause of the Eighth Amendment.

## TWELFTH AFFIRMATIVE DEFENSE
## (ARBITRATION)

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

## THIRTEENTH AFFIRMATIVE DEFENSE
## (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to answer additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

25

(1) That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2) For costs of suit and attorneys' fees herein incurred; and

(3) For such other and further relief as the Court may deem just and proper.

Respectfully submitted this 17th day of February, 2026.

*/s/ Gabriella Pinzon*
Gabriella Pinzon
Florida Bar No. 1059837
gpinzon@jonesday.com
JONES DAY
Brickell World Plaza
600 Brickell Avenue, Suite 3300
Miami, Florida  33131
(305) 714-9700

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, the foregoing document was served on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Gabriella Pinzon
Gabriella Pinzon